# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEAN BLECHMAN, | : |
| Plaintiff | : C.A. NO. 09-CV-11879 (RWZ) |
| v. | : |
| IDEAL HEALTH, INC., TODD STANWOOD, SCOTT STANWOOD, LOUIS DECAPRIO, INFOBROKER, INC., UIX, LLC, and UNITED INFOXCHANGE, LLC, | : |
| Defendants | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

1. Pursuant to Federal Rule of Civil Procedure 41 ("Rule 41"), Plaintiff Dean Blechman and Defendants Ideal Health, Inc., Todd Stanwood, Scott Stanwood, Louis DeCaprio, Infobroker, Inc., UIX, LLC, and United InfoXchange, LLC, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned Civil Action is dismissed without prejudice, with all motions withdrawn without prejudice, and all parties to bear their own costs and fees. It is expressly understood and agreed that the dismissal of this action shall not in any manner preclude Plaintiff from reasserting as counterclaims (in *Ideal Health, Inc., et al. v. Blechman,* 09 CIV 10791 (NMG)) any or all of the claims being discontinued without prejudice in the above-captioned lawsuit and any motions he filed therein and defendants shall not be precluded from filing motions to dismiss any or all of the counterclaims asserted or responding to any motions plaintiff thereafter files.

2. It is further agreed that this Stipulation shall not operate as a dismissal for purposes of Rule 41(a)(1) and (d).

| By: | /s/ Eric P. Magnuson<br>Eric P. Magnuson<br>Nutter, McClennen & Fish, LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston , MA 02210-2604<br>Tel:  617-439-2324<br>Fax: 617-310-0324<br>emagnuson@nutter.com<br><br>*Attorneys for Plaintiff* | By: | */s/ Thomas J. Flannagan*<br>Thomas J. Flannagan<br>Maclean Holloway Doherty Ardiff & Morse, P.C.<br>8 Essex Center Drive<br>Peabody, MA   01960<br>Tel:   (978) 774-7123<br>Fax:   (978) 774-7164<br>tflannagan@mhdpc.com<br><br>*Attorneys for Defendants* |

Dated:  February 1, 2010

## CERTIFICATE OF SERVICE

I, Thomas J. Flannagan, Attorney for the Defendants, hereby certify that this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Thomas J. Flannagan
Thomas J. Flannagan

Dated:  February 2, 2010